==============================================================================

\* \* \* \* \* UNITED STATES DISTRICT COURT \* \* \* \* \*

_NORTHERN_ DISTRICT OF _NEW YORK_

# JUDGMENT IN A CIVIL CASE

DOCKET NO.   6:07cv275 (DNH/GJD)

UNITED STATES OF AMERICA,

        **Plaintiff(s)**,

   v.

**$16,400 IN UNITED STATES CURRENCY,**

        **Defendant(s)**,

____   **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__x__  **DECISION by COURT.** This action came to trial or hearing before the Court. The issues have been tried and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment be entered by the Clerk, in accordance with the Order Directing Entry of an Uncontested Judgment of Forfeiture, signed by US District Judge David N. Hurd on 7/13/07.

DATE: **July 16, 2007**

_[signature]_
Clerk of Court

By: s/WILLIAM J. GRIFFIN
     DEPUTY CLERK